# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

*In re*: Jude E. Nazareth
Attorney at Law, Bar No. 10695

Case No. 2:22-ms-00101

ORDER OF SUSPENSION

On November 21, 2022, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail. Its delivery status is unknown. Regardless, the OSC provided Mr. Nazareth with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Jude E. Nazareth. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Jude E. Nazareth, Bar No. 10695, is hereby suspended from practice in United States District Court for the District of Nevada.

DATED THIS 15th Day of March 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 21st day of March 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Jude E. Nazareth
> c/o Joseph S. Meloro
> 6550 S. Pecos Rd., Suite B123
> Las Vegas, NV 89120

Certified Mail No.: 7020 3160 0000 7420 3005

> /s/ Sharon H.
> Deputy Clerk
> United States District Court,
> District of Nevada